IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSELL E. FOLK | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 02-4745 |
| | : | |
| JOHN M. MCCULLOUGH, ET AL. | : | |

ORDER OF REPORT AND RECOMMENDATION

AND NOW, this        day of         ,        , in accordance with the procedure for the random assignment of habeas corpus cases, Local Civil Rule 72.1, and 28 U.S.C. §636(b) (1) (B), it is hereby

ORDERED that the above-captioned case is referred to the Honorable CHARLES B. SMITH, United States Magistrate Judge, for a report and recommendation.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.

civrr