IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUSSELL E. FOLK,            :        CIVIL ACTION
          Petitioner      :
                        :
     VS.                :
                        :
JOHN M. McCULLOUGH (Warden),   :
       AND           :
THE DISTRICT ATTORNEY OF     :
THE COUNTY OF BERKS,        :
       AND           :
THE ATTORNEY GENERAL OF      :
THE STATE OF PENNSYLVANIA,   :
         Respondents     :    NO. 02-4745

ORDER

AND NOW, this 4th day of September, 2002, it is hereby ORDERED that the respondent(s) shall file a specific and detailed answer to petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, with the Clerk of this Court, within twenty (20) days from the date of this Order.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE