IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUSSELL E. FOLK

        02-CV-4745
        District Court Docket Number

vs.

JOHN M. MCCULLOUGH, ET AL

Notice of Appeal Filed <u>3/26/03</u>
Court Reporter(s)/ESR Operator(s)      <u>N/A</u>

Filing Fee:
    Notice of Appeal __Paid _X_ Not Paid __Seaman
    Docket Fee      __Paid _X_ Not Paid __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
_X_ Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_ Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
                James Deitz
                Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm